JOHN RUE & ASSOCIATES, LLC
A PRIVATE PUBLIC INTEREST LAW FIRM
1 FAIRVIEW AVENUE, STE. 14
PHILLIPSBURG, NJ 08865-1230
(862) 283-3155 (main)
(973) 860-0869 (facsimile)

John D. Rue†

Krista L. Haley
Donald A. Soutar§

Francis X. Geier
Saran Q. Edwards

Johanna G. Burke*
Jonathan S. Corchnoy*⊗§
Matthew P. Crimmel*§†∆
Carolina T. Curbelo*
Jordan B. Dascal*†
Lynne D. Feldman*
Robert Thurston*
Rami M. Salim†
Wayne Pollock*§

# ORDER

September 28, 2021

**Via ECF**
Honorable Edward S. Kiel, U.S.M.J.
United States District Court for the
   District of New Jersey
United States Post Office & Courthouse Building
Federal Square
Newark, New Jersey 07102

RE:   **K.K. and A.K. o/b/o Ar.K v. Parsippany-Troy Hills Township Board of Education
Civil Action No. 19-19937**

Dear Judge Kiel:

This office represents plaintiffs K.K and A.K. o/b/o Ar.K. (the "Plaintiffs") in this matter. I write, with the consent of Eric Harrison, Esq., counsel for defendant, Parsippany-Troy Hills Board of Education, to request that Your Honor adjourn the due date for the Parents' Motion for Attorneys' Fees and Expenses in accordance with Local Civil Rule 54.2.

On August 30, 2021, the Honorable Madeline Cox Arleo, U.S.D.J., entered a Letter Order [DE 26] granting the Parents' Motion for Summary Judgment. In accordance with Local Civil Rule 54.2, Plaintiffs' application for attorneys fees and expenses is due on September 29, 2021, unless extended by the Court. In the interim since Judge Arleo's Letter Order, the parties have reached a tentative settlement with respect to Plaintiffs' fees and expenses. The parties therefore respectfully request that the Court adjourn the due date for Plaintiffs' fee application for thirty days, until October 29, 2021, to permit the parties to prepare and execute a written agreement.

Thank you for Your Honor's consideration.

Respectfully submitted,

*[signature]*
Donald A. Soutar

Cc: Eric Harrison, Esq. (via ECF)

**The highlighted request is So Ordered.**

       */s/ Edward S. Kiel*
**Edward S. Kiel, U.S.M.J.
Date: September 29, 2021**

*Bene facere bonum ~ Doing well by doing good*

\*    Of-Counsel to the Firm
⊗    Licensed in Florida as well as New Jersey
∆    Licensed in West Virginia as well as New Jersey
§    Licensed in Pennsylvania as well as New Jersey
†    Licensed in New York as well as New Jersey